IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PRESTON MARTIN , *

Plaintiff, *

v. Case No. 5:23-cv-00185-MTT-CHW *

COMMISSIONER OF SOCIAL SECURITY, *

Defendant. *

**<u>J U D G M E N T</u>**

Pursuant to the Order of this Court filed October 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $842.16.

This 28th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk